B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>Northern District of Florida | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Turner, Douglas E.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**6852** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**4463 Nautical Court**<br>**Destin, FL 32541** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Douglas E. Turner**<br>**Post Office Box 6719**<br>**Miramar Beach, FL 32550** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Okaloosa** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ Senior Vice President
Signature of Petitioner or Representative (State title)

**Farmers and Merchants Bank**
Name of Petitioner

Date Signed: August 29, 2012

Name & Mailing Address of Individual Signing in Representative Capacity:
Drew Whitaker, Jr. - Sr. Vice President
2626 Mahan Drive
Tallahassee, FL 32308

X _[signature]_  August 29, 2012
Signature of Attorney       Date

**Ethan Andrew Way**
Name of Attorney Firm (If any)

Post Office Box 10017
Tallahassee, FL 32302
Address
Telephone No. 850-412-0142

X _____
Signature of Petitioner or Representative (State title)

**Tema Burk, TTE**
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tema Burk, TTE
Tema Burk Revocable Intervivos Trust U/A
7-27-1989
One Grove Isle Drive
Miami, FL 33133

X _____
Signature of Attorney       Date

**William R. Wohlsifer**
Name of Attorney Firm (If any)

1100 East Park Avenue
Suite B
Tallahassee, FL 32301
Address
Telephone No. 850-219-8888

X _____
Signature of Petitioner or Representative (State title)

**Susan Smith**
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Susan Smith
Smith & Associates
2834 Remington Green Circle
Suite 201
Tallahassee, FL 32308

X _____
Signature of Attorney       Date

**Timothy B. Elliott**
Name of Attorney Firm (If any)
Smith & Associates
2834 Remington Green Circle
Suite 201
Tallahassee, FL 32308
Address
Telephone No. 850-297-2006

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Farmers and Merchants Bank<br>c/o Ethan Andrew Way<br>Post Office Box 10017<br>Tallahassee, FL 32302 | Final Default Judgment | 3,489,142.39 |
| Tema Burk, TTE<br>Tema Burk Revocable Intervivos Trust U/A<br>7-27-1989<br>One Grove Isle Drive<br>Miami, FL 33133 | Final Consent Judgment | 38,901.29 |
| Susan Smith<br>c/o Timothy B. Elliott<br>Smith & Associates<br>2834 Remington Green Circle, Suite 201<br>Tallahassee, FL 32308 | Final Judgment | 50,638.76 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,578,682.44 |

_____0_____ continuation sheets attached

8/27/12 9:14AM

Name of Debtor __Turner, Douglas E.___
Case No. _____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**Farmers and Merchants Bank**<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Drew Whitaker, Jr. - Sr. Vice President<br>2626 Mahan Drive<br>Tallahassee, FL 32308 | X _____<br>Signature of Attorney                           Date<br><br>**Ethan Andrew Way**<br>Name of Attorney Firm (If any)<br><br>Post Office Box 10017<br>Tallahassee, FL 32302<br>Address<br>Telephone No. 850-412-0142 |
| X _Tema Burk TTE_<br>Signature of Petitioner or Representative (State title)<br><br>**Tema Burk, TTE**         8-29-12<br>Name of Petitioner              Date Signed<br><br>Name & Mailing Address:<br>Tema Burk, TTE<br>Tema Burk Revocable Intervivos Trust U/A<br>7-27-1989<br>One Grove Isle Drive<br>Miami, FL 33133 | X _[signature]_ 8-27-12<br>Signature of Attorney                           Date<br><br>**William R. Wohlsifer**<br>Name of Attorney Firm (If any)<br><br>1100 East Park Avenue<br>Suite B<br>Tallahassee, FL 32301<br>Address<br>Telephone No. 850-219-8888 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**Susan Smith**<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing Address:<br>Susan Smith<br>Smith & Associates<br>2834 Remington Green Circle<br>Suite 201<br>Tallahassee, FL 32308 | X _____<br>Signature of Attorney                           Date<br><br>**Timothy B. Elliott**<br>Name of Attorney Firm (If any)<br>Smith & Associates<br>2834 Remington Green Circle<br>Suite 201<br>Tallahassee, FL 32308<br>Address<br>Telephone No. 850-297-2006 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Farmers and Merchants Bank<br>c/o Ethan Andrew Way<br>Post Office Box 10017<br>Tallahassee, FL 32302 | Final Default Judgment | 3,489,142.39 |
| Tema Burk, TTE<br>Tema Burk Revocable Intervivos Trust U/A<br>7-27-1989<br>One Grove Isle Drive<br>Miami, FL 33133 | Final Consent Judgment | 38,901.29 |
| Susan Smith<br>c/o Timothy B. Elliott<br>Smith & Associates<br>2834 Remington Green Circle, Suite 201<br>Tallahassee, FL 32308 | Final Judgment | 50,638.76 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>3,578,682.44 |

___0___ continuation sheets attached

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Farmers and Merchants Bank**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Drew Whitaker, Jr. - Sr. Vice President
2626 Mahan Drive
Tallahassee, FL 32308

X _____
Signature of Attorney                  Date

**Ethan Andrew Way**
Name of Attorney Firm (If any)

Post Office Box 10017
Tallahassee, FL 32302
Address
Telephone No.    850-412-0142

---

X _____
Signature of Petitioner or Representative (State title)

**Tema Burk, TTE**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tema Burk, TTE
Tema Burk Revocable Intervivos Trust U/A
7-27-1989
One Grove Isle Drive
Miami, FL 33133

X _____
Signature of Attorney                  Date

**William R. Wohlsifer**
Name of Attorney Firm (If any)

1100 East Park Avenue
Suite B
Tallahassee, FL 32301
Address
Telephone No.    850-219-8888

---

X _[signature]_  8/31/12
Signature of Petitioner or Representative (State title)

**Susan Smith**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Susan Smith
Smith & Associates
2834 Remington Green Circle
Suite 201
Tallahassee, FL 32308

X _Timothy B. Elliott_  8/31/2012
Signature of Attorney                  Date

**Timothy B. Elliott**
Name of Attorney Firm (If any)
Smith & Associates
2834 Remington Green Circle
Suite 201
Tallahassee, FL 32308
Address
Telephone No.    850-297-2006

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Farmers and Merchants Bank<br>c/o Ethan Andrew Way<br>Post Office Box 10017<br>Tallahassee, FL 32302 | Final Default Judgment | 3,489,142.39 |
| Tema Burk, TTE<br>Tema Burk Revocable Intervivos Trust U/A<br>7-27-1989<br>One Grove Isle Drive<br>Miami, FL 33133 | Final Consent Judgment | 38,901.29 |
| Susan Smith<br>c/o Timothy B. Elliott<br>Smith & Associates<br>2834 Remington Green Circle, Suite 201<br>Tallahassee, FL 32308 | Final Judgment | 50,638.76 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,578,682.44 |

0   continuation sheets attached