UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                              Case No. 12-31211-KKS

DOUGLAS E. TURNER,                                    Involuntary Chapter 7

    Putative Debtor.
_____/

## AGREED MOTION TO DISMISS
## WITH PREJUDICE

Petitioning Creditor, FARMERS & MERCHANTS BANK ("FMB"), by and through its undersigned attorneys, files this Agreed Motion to Dismiss, and states:

1. FMB, along with the remaining petitioning creditors, Tema Burk as Trustee of the Tema Burk Revocable Intervivos Trust ("Burk") and Susan C. Smith ("Smith"), and with the Appellee/Putative Debtor, Douglas E. Turner ("Turner") have reached a settlement agreement which pertains to all parties and claims on appeal;

2. As set forth in the settlement agreement, this appeal is to be dismissed with prejudice;

3. As further set forth in the settlement agreement, the parties are to bear their own fees and costs.

4. FMB requests that this appeal be dismissed with prejudice.

5. Burk, Smith and Turner consent to the relief requested herein.

WHEREFORE, FMB respectfully requests that this Agreed Motion to Dismiss be granted, and any further relief deemed necessary.

/s/ Maureen A. Vitucci
ROY SCOTT KOBERT
Florida Bar No. 777153
MAUREEN A. VITUCCI
Florida Bar No. 0605530
KRISTIE HATCHER BOLIN
Florida Bar No. 521388
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Attorneys for Farmers and Merchants Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email delivery to Ronald A. Mowrey (rmowrey@mowreylaw.com), Mowrey Law Firm, P.A., 515 North Adams Street, Tallahassee, FL 32301-111 on this 5th day of November, 2015.

/s/ Maureen A. Vitucci
MAUREEN A. VITUCCI

# 9217698 v1